UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| PAULO MARTINEZ, | Civil No. 22-1390 (JRT/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| B. EISCHEN, | |
| Respondent. | |

---

Paulo Martinez, Reg. No. 30133-031, FPC – Duluth, P.O. Box 1000, Duluth, MN 55814, *pro se* petitioner.

Ana H Voss, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated June 2, 2023. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**: Martinez's habeas petition [ECF No. 1] is **DENIED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 6, 2023
at Minneapolis, Minnesota

          s/John R. Tunheim
          JOHN R. TUNHEIM
          United States District Judge